Form 27 - GENERAL PURPOSE

**JON L. NORINSBERG**
**ATTN:**
U.S.SOUTHERN DIST. COURT    NEW YORK    COUNTY
------------------------------------------------------

LESLIE ORTEGA, ETANO                    plaintiff

               - against -

THE CITY OF NEW YORK, ETAL              defendant

------------------------------------------------------

Index No. **07 CIV 9688**

Date Filed  ............

Office No.

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**BRETT M. GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **2nd  day of November, 2007**     at   **04:00 PM.**,           at
   **100 CHURCH ST, 4TH FL**
   **NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKIA MENDES-GAMMON, LEGAL CLERK & GENERAL AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**       COLOR: **BLACK**       HAIR: **BLACK**
       APP. AGE: **28**      APP. HT: **5:10**      APP. WT: **140**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
6th  day of  November, 2007n



JOEL GOLUB
Notary Public State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

BRETT M. GOLUB  1239212
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN90091