UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LESLIE ORTEGA and RICHARD TREJO,

                          Plaintiffs,          **ECF CASE**

      -against-                              Docket No. 07-CV-9688(LTS)(RLE)

                                                 **NOTICE OF APPEARANCE**

CITY OF NEW YORK, et al.

                        Defendants.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York, and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          November 20, 2007

                                              MICHAEL A. CARDOZO
                                            Corporation Counsel of
                                            the City of New York
                                            Attorney for defendant City of New York
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 442-0832
                                            (212) 788-9776 (fax)

                                            By:   s/ Hugh A. Zuber              .
                                                    Hugh A. Zuber (HZ 4935)
                                                    Assistant Corporation Counsel
                                                    Special Federal Litigation Division

TO: The Clerk of the Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

CC: Jon. L. Norinsberg, Esq. (By ECF)
225 Broadway, Suite 2700
New York, NY 10007