UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LESLIE ORTEGA and RICHARD TREJO,

                Plaintiffs,        **ECF CASE**

    -against-        Docket No. 07-CV-9688(LTS)(RLE)

                                          **NOTICE OF APPEARANCE**

CITY OF NEW YORK, et al.

                Defendants.
-------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant Angel Daliz, and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          January 22, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of
                                          the City of New York
                                          Attorney for defendant Angel Daliz
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 442-0832
                                          (212) 788-9776 (fax)


                                          By:   s/ Hugh A. Zuber             .
                                                  Hugh A. Zuber (HZ 4935)
                                                  Assistant Corporation Counsel
                                                  Special Federal Litigation Division

TO: The Clerk of the Court (By ECF)
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

CC: Jon. L. Norinsberg, Esq. (By ECF)
      225 Broadway, Suite 2700
      New York, NY 10007