



THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

HUGH A. ZUBER
Assistant Corporation Counsel
phone: 212-442-0832
fax: 212-788-9776
email: hzuber@law.nyc.gov

March 13, 2008



BY HAND
Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

Re: *Ortega et al. v. City of New York, et al.*, 07-CV-9688(LTS)(RLE)

Dear Judge Ellis:

    I am the Assistant Corporation Counsel assigned to the defense of the City of New York and detective Angel Daliz in the above-referenced action. I write on behalf of both parties to respectfully request an adjournment of the settlement conference currently scheduled for March 17, 2008, at 1 p.m.

    By way of background, plaintiffs allege, *inter alia*, that they were falsely arrested and maliciously prosecuted for allegedly purchasing narcotics from an undercover police officer on July 19, 2006. An initial conference was held in this case on February 8, 2008, wherein the Court scheduled a settlement conference for March 17, 2008. Since then, defendants have been in the process of obtaining information that will be relevant to defendants' evaluation of the case. Defendants anticipate being more able to discuss settlement meaningfully within the next two weeks and after consultation with plaintiffs' counsel thought it was appropriate to adjourn the conference for next week. Accordingly, this request is being made so that the parties can thereafter attempt to negotiate a settlement amongst themselves.

    Should the Court be inclined to grant this request, then the parties propose that the settlement conference be held on one of the following dates: March 24, 2008, March 25, 2008, or March 26, 2008.

Thank you in advance for your consideration herein.

> The settlement conference is adjourned to March 25, 2008 at 10:30 a.m.

Respectfully submitted,

Hugh A. Zuber (HZ 4935)
Assistant Corporation Counsel
Special Federal Litigation Division

**SO ORDERED**
Ronald Ellis  3-14-08
MAGISTRATE JUDGE RONALD L. ELLIS

BY FAX (212) 406-6890
Jon L. Norinsberg, Esq.
225 Broadway, Suite 2700
New York, New York 10007
Attorney for Plaintiffs