

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

LESLIE ORTEGA and RICHARD TREJO,

                                Plaintiffs,

                -against-

CITY OF NEW YORK, et al.,

                                Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL BY AND BETWEEN PLAINTIFF RICHARD TREJO AND DEFENDANTS CITY OF NEW YORK**

07-CV-9688 (LTS) (RLE)

----------------------------------------------------------x

       **WHEREAS**, plaintiff **Richard Trejo** commenced this action by filing a complaint on or about October 31, 2007, alleging that defendants violated his federal civil and state common law rights; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, plaintiff **Richard Trejo** and defendants now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

       1.    The above-referenced action is hereby dismissed with prejudice against plaintiff Richard Trejo and defendants' **ONLY**, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York, hereby agrees to pay plaintiff **RICHARD TREJO**, the sum of **TWELVE THOUSAND ($12,000.00) DOLLARS**, in full satisfaction of all his claims, including his claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff Richard Trejo agrees to the dismissal of all the claims against defendants City of New York and Detective Angel Daliz, and to release all defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including all claims for attorney's fees, expenses, and costs.

3. Plaintiff Richard Trejo shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a general release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
April 1, 2008

JON L. NORINSBERG, ESQ.
225 Broadway, Suite 2700
New York, New York 10007
Attorneys for Plaintiff Richard Trejo

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
(212) 442-0832

By: _____
Jon L. Norinsberg (JN-2133)
Attorney for Plaintiff Richard Trejo

By: _____
Hugh A. Zuber (HZ-4935)
Assistant Corporation Counsel

SO ORDERED:

_____ 4/10/08
HON. LAURA T. SWAIN
UNITED STATES DISTRICT JUDGE

- 3 -